```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05932
   DAVID ABAD
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6309
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/12/08 .

   2.  The case was dismissed without confirmation, 07/18/2008.

   3.  The Debtor paid a total of $    560.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INDYMAC BANK | SECURED | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| KENDALL COUNTY COLLECTOR | SECURED | .00 | .00 | 60.00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| COOK COUNTY COLLECTOR | PRIORITY | NOT FILED | .00 | .00 |
| APPLE A DAY PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BIEHL & BIEHL | UNSECURED | NOT FILED | .00 | .00 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL CO LL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| JAMES DAVIS MD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES CAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROFESSIONAL ACCOUNTS MA | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| ROGERS PARK ONE DAY SURG | UNSECURED | NOT FILED | .00 | .00 |
| PHARIA LLC | UNSECURED | NOT FILED | .00 | .00 |
| WHEATON EYE CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | CHILD SUPPORT | .00 | .00 | .00 |

          Summary of disbursements:

```
                        SECURED       PRIORITY    UNSECURED         OTHER          TOTAL
----------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00            .00          .00           .00            .00
PRINCIPAL PAID            60.00            .00          .00           .00          60.00
INTEREST PAID               .00            .00          .00           .00            .00
TOTAL PAID                60.00            .00          .00           .00          60.00
```
The Debtor's attorney, FOX VALLEY LEGAL GROUP        , was allowed $   3500.00
and was paid $   1298.35  direct and $    467.53  through the plan.

The Trustee received $       32.47 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                       /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                          PAGE   2
              CASE NO. 08 B 05932 DAVID ABAD